It is ORDERED that the within appeal be and hereby is dismissed.

ALLSTATE INSURANCE COMPANY v. WALTER KUCHTA.

March 26, 1985.

Petition for certification denied.

BOROUGH OF GLASSBORO v. GLOUCESTER COUNTY BOARD OF CHOSEN FREEHOLDERS AND THE CITY OF PHILADELPHIA AND TOWNSHIP OF DEPTFORD.

March 26, 1985.

Leave to appeal granted.

STATE OF NEW JERSEY v. G.B.

March 27, 1985.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF A.R., A JUVENILE.

March 29, 1985.

Petition for certification denied.